IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
KENNETH J. MURPHY

03 OCT 10 AM 9: 30

SOUTHERN DISTRICT OHIO
WESTERN DIV DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff(s) | : | |
| vs. | : | Case Number: CR-1-98-46 |
| EDGAR F. BRADLEY, et al, | : | |
| Defendant(s) | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| EDGAR F. BRADLEY, II, | : | |
| Plaintiff(s) | : | |
| vs. | : | Case Number: C-1-02-8 |
| UNITED STATES OF AMERICA, | : | |
| Defendant(s) | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| EDGAR F. BRADLEY, | : | |
| Plaintiff(s) | : | |
| vs. | : | Case Number: C-1-02-9 |
| UNITED STATES OF AMERICA, | : | |
| Defendant(s) | : | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| ROY BRADLEY, | : |
| Plaintiff(s) | : |
| | : Case Number: C-1-02-10 |
| vs. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant(s) | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| EDGAR F. BRADLEY, II, | : |
| Plaintiff(s) | : |
| | : Case Number: C-1-02-228 |
| vs. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant(s) | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| EDGAR F. BRADLEY, II, | : |
| Plaintiff(s) | : |
| | : Case Number: C-1-02-290 |
| vs. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant(s) | : |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| EDGAR F. BRADLEY, II, | : |
| Plaintiff(s) | : |
| | : Case Number: C-1-02-299 |
| vs. | : |
| UNITED STATES OF AMERICA, | : |
| Defendant(s) | : |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| EDGAR F. BRADLEY, II, et al, | : |
| Plaintiff(s) | : |
| | : Case Number: C-1-02-318 |
| vs. | : |
| LINDA SANDERS, et al, | : |
| Defendant(s) | : |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

The above-captioned matters are hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable Walter Herbert Rice, Chief Judge for reassignment.

IT IS SO ORDERED.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge

*Walter Herbert Rice*
Walter Herbert Rice, Chief Judge
United States District Court